Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,

                                Case No.: CV-21-00277-PHX-SPL

vs

                                Certificate of Service

FRANCISCA LOPEZ VILLEGAS, et al,

        Defendants.

---

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause having been appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action Summons, Complaint, Notice of Availability and Preliminary Order from J. Blake Mayes (024159) of MAYESTELLES PLLC on April 1, 2021 and in each instance, I personally served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Taqueria El Compadre, LLC,** ) by serving two true copies of the above documents upon Francisca Lopez Villegas, Statutory Agent (Hispanic female, 63, 5'2", 140 lbs., silver hair) at her usual place of abode. During service, Ms. Villegas spoke little English and she had a Hispanic male, 10-12 years of age help in communication. Service was effected at 71`80 W. Claremont Street, Glendale, AZ 85303. Documents served on April 9, 2021 at 8:55 a.m.

Additional service was attempted at 5010 W. McDowell Road, Phoenix, AZ 85303.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: <u>April 20, 2021.</u>

                                                    Keith Blanchard, Affiant

| | | |
|---|---|---|
| $ | 16.00 | Service |
| $ | | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 26.00 | Total |