J. Blake Mayes (No. 024159)
MayesTelles PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  602-714-7900
Fax: 602-357-3037
blake@mayestelles.com
*Attorneys for Plaintiff*
 G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | Case No.:  CV-21-00277-PHX-SPL |
| Plaintiff, | |
| vs. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT AGAINST DEFENDANT TAQEURIA EL COMPADRE, LLC** |
| Francisca Lopez Villegas, individually and d/b/a Taqueria El Compadre; and Taqueria El Compadre, LLC, an unknown business entity d/b/a Taqueria El Compadre | |
| Defendants. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff G & G Closed Circuit Events, LLC hereby requests that the Clerk of this Court enter a default in this matter against Defendant Taqueria El Compadre, LLC on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

According to the Federal Rules of Civil Procedure, Rule 12(a)(1), the deadline for Defendant Taqueria El Compadre, LLC to respond has passed. *See* Affidavit by J. Blake Mayes (Mayes Aff.).  Plaintiff effected personal service of the Summons and Complaint on Defendant Taqueria El Compadre, LLC through its Statutory Agent, Francisca Lopez, on April 9, 2021, as evidenced by the Certificate of Service upon Francisca Lopez Villegas on file with this Court. *See* Docket No.7; *see* also, Mayes Aff. at ¶3. Consequently,

1  Defendant's responsive pleading was due on April 22, 2021. *Id.* at ¶4. Defendant, however,
2  has failed to file or serve an answer or other responsive pleading and has not otherwise
3  appeared to contest this action. *Id at* ¶5.
4      Respectfully Submitted this 18th day of May, 2021.
5                                   **MayesTelles PLLC**

       /s/ J. Blake Mayes
       J. Blake Mayes
       *Attorney for G & G Closed Circuit Events, LLC*

COPY MAILED this 18th day of May, 2021, to:

Taqueria El Compadre, LLC
5010 W. McDowell Rd., Ste. A
Phoenix, Arizona 85035

Francisca Lopez Villegas
7180 W. Claremont St.
Glendale, Arizona 85303

/s/ J. Blake Mayes