J. Blake Mayes (No. 024159)
MayesTelles PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  602-714-7900
Fax: 602-357-3037
blake@mayestelles.com
*Attorneys for Plaintiff*
 G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Francisca Lopez Villegas, individually and d/b/a Taqueria El Compadre; and Taqueria El Compadre, LLC, an unknown business entity d/b/a Taqueria El Compadre<br><br>Defendants. | Case No.: CV-21-00277-PHX-SPL<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY THE COURT** |

COMES NOW the Plaintiff, G & G Closed Circuit Events, LLC, by and through its attorneys of record, and hereby moves this Court to enter Default Judgment against Defendants Francisca Lopez Villegas, individually and d/b/a Taqueria El Compadre, individually and d/b/a Taqueria El Compadre, LLC (hereinafter "Defendants"). For the reasons set forth herein, Plaintiff respectfully requests that its Application for Default Judgment be granted and that this Court award damages against Defendants as requested herein.

1. Default was entered against Defendants on May 19, 2021. (Dkt. No. 12).
2. Defendants have never participated in this action.
3. After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff. Fed.R.Civ.P. 55(b)(2).

4. At the time and place of hearing, Plaintiff will present proof of the following matters:

   a. Defendants are not infants or incompetent persons, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

   b. Defendants have not appeared in this action;

   c. Notice of this Application for Default Judgment by the Court and related documents were served on the Defendants;

   d. Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

      i. By contract, Plaintiff paid for the proprietary rights to distribute the *Ryan Garcia v. Francisco Fonseca Championship Fight Program,* telecast nationwide on Friday, February 14, 2020 (hereinafter the "Program").

      ii. With full knowledge that the Program was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendants and/or their agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the Program at the time of its transmission at the address of the commercial establishment doing business as Taqueria El Compadre located at 5010 West McDowell Road, Suite A, Phoenix, AZ 85035 (as more fully detailed in the Declaration of Affiant filed herewith).

      iii. The unauthorized reception, interception and/or exhibition of the Program by the Defendants was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

      iv. The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. § 605, *et seq.* and Title 47 U.S.C. § 553, *et seq.*

5. Plaintiff seeks Judgment in its favor and against the Defendants for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $5,900 and $20,000, respectively. Plaintiff addresses this Court's authority to find liability and award damages under 47 U.S.C. § 605 in the accompanying Memorandum of Points and Authorities.

6. By and through this Motion, Plaintiff also seeks the opportunity to submit evidence in support of its recovery of attorneys' fees and relevant costs incurred as provided pursuant to 47 U.S.C. § 605, *et seq.*

Respectfully Submitted this 20th day of July, 2021.

         **MayesTelles PLLC**

         /s/ J. Blake Mayes
         J. Blake Mayes
         *Attorney for G & G Closed Circuit Events, LLC*

I hereby certify that I electronically filed Plaintiff's Application for Default Judgment by the Court via the CM/ECF system for filing and transmittal on July 20, 2021.

1 | COPY MAILED this 20th day of July, 2021, to:

2

3 | Taqueria El Compadre, LLC
5010 W. McDowell Rd., Ste. A
Phoenix, Arizona 85035

4

5 | Francisca Lopez Villegas
7180 W. Claremont St.
Glendale, Arizona 85303

6

7 | /s/ J. Blake Mayes

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28