1 | J. Blake Mayes (No. 024159)
2 | MayesTelles PLLC
3 | 3636 North Central Avenue, Suite 1000
  | Phoenix, Arizona 85012
4 | Tel: 602-714-7900
  | Fax: 602-357-3037
5 | blake@mayestelles.com
  | *Attorneys for Plaintiff*
  |  *G & G Closed Circuit Events, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | Case No.: CV-21-00277-PHX-SPL |
| Plaintiff, | **DECLARATION OF AFFIANT** |
| vs. | |
| Francisca Lopez Villegas, individually and d/b/a Taqueria El Compadre; and Taqueria El Compadre, LLC, an unknown business entity d/b/a Taqueria El Compadre | |
| Defendants. | |

**TO THE CLERK OF THE COURT:**

A true and correct copy of the Declaration of Affiant is attached hereto and made part hereof.

Dated: July 20, 2021

**MayesTelles PLLC**

 /s/ J. Blake Mayes
J. Blake Mayes
*Attorney for G & G Closed Circuit Events, LLC*

Page 1

1  I hereby certify that I electronically filed the Declaration of Affiant via the CM/ECF system for filing and transmittal on July 20, 2021.

2

3

4

5  COPY MAILED this 20th day of July, 2021, to:

6

7  Taqueria El Compadre, LLC
5010 W. McDowell Rd., Ste. A
Phoenix, Arizona 85035

8

9  Francisca Lopez Villegas
7180 W. Claremont St.
Glendale, Arizona 85303

10

11   /s/ J. Blake Mayes

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF __Arizona

COUNTY OF Maricopa

## AFFIDAVIT

I, the undersigned, being duly sworn, according to law, deposes and says that on February 14, 2020 at 8:03 pm, I arrived at Taqueria el Compadre, located at 5010 W McDowell Rd, Ste A, Phoenix AZ 85035, phone number 602-721-8383. Prior to entering, I observed that a boxing program was underway on one of their televisions, and that several patrons were watching. A server is described as a Hispanic female with brown hair in a ponytail, approximately 35 years old, 5'2", 135 lbs, wearing a black shirt with red stripe and black pants. She was wearing glasses. I did not pay an entry fee to enter this establishment and I did not order anything to eat.

I observed 3 flat screen TVs inside this establishment. The TV showing the Garcia vs Fonseca fight was a large flat screen, and was located above and behind the food counter.

Prior to entering, I began videotaping 1 of 4 clips of footage. The first clip was taken from outside looking into the establishment, showing that the Garcia vs Fonseca fight program was in progress. I entered the establishment and obtained 3 more clips of footage. A fight between Alexis Rocha and Brad Solomon was about to begin. I observed the 2 fighters walking towards the ring. Round 1 began shortly after. Rocha was wearing blue trunks with a black waistband, and Solomon was in purple with a yellow waistband. Rocha appeared to be the aggressor, and Solomon was dodging Rocha at this point. All 4 clips are being submitted with this affidavit on 1 DVD. A screenshot of the timestamp of the 1st video is also included on DVD, in order to substantiate the date and time of my presence at Taqueria el Compadre, during this investigation.

I also observed the following distinguishing items inside this establishment: White chairs, black tables, yellow walls, white ceiling, beige floor, a kitchen behind the order counter, black plastic stools in front of the order counter, and ceiling fans.

The capacity of this establishment is 40 people. During my appearance, I counted 35 people in the establishment.

I left the premises at approximately 8:20 pm on February 14, 2020.

The following license plates were obtained from vehicles parked at the establishment's parking lot: CDK7528; CGD0821; CNN0760; CNC8653; CES9540; and CTJ1308.

Page 1 of 2

# PIRACY AFFIDAVIT

## (Garcia vs Fonseca, Taqueria el Compadre continued)

_____Amanda Hidalgo_____
Name of Investigator

_____Intelitec_____
Agency

_____(480) 688-4800_____
Telephone Number of Agency

Date: March 10, 2020

_____
Signature of Investigator

## NOTARY

STATE OF ARIZONA

COUNTY OF Maricopa

On March 10, 2020 before me, (notary) Sovann Ry, personally appeared **Amanda Hidalgo**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Notary Seal)
Signature of Notary Public

Page 2 of 2

# Arizona Corporation Commission Corporations Division Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | TAQUERIA EL COMPADRE LLC | Entity ID: | L20666348 |
| Entity Type: | Domestic LLC | Entity Status: | Active |
| Formation Date: | 2/8/2016 | Reason for Status: | In Good Standing |
| Approval Date: | 2/25/2016 | Status Date: | |
| Original Incorporation Date: | 2/8/2016 | Life Period: | Perpetual |
| Business Type: | | Last Annual Report Filed: | |
| Domicile State: | Arizona | Annual Report Due Date: | |
| Years Due: | | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | FRANCISCA LOPEZ VILLEGAS | Appointed Status: | Active |
| Address: | 5010 W MCDOWELL RD STE A, PHOENIX, AZ 85035, USA | Agent Last Updated: | 2/25/2016 |
| E-mail: | | Mailing Address: | |
| County: | | | |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Manager | FRANCISCA LOPEZ VILLEGAS | 5010 W MCDOWELL RD STE A, PHOENIX, AZ, 85035, USA | 2/8/2016 | 2/25/2016 |
| Member | FRANCISCA LOPEZ VILLEGAS | 5010 W MCDOWELL RD STE A, PHOENIX, AZ, 85035, USA | 2/8/2016 | 2/25/2016 |

## Entity Known Place of Business

# Arizona Corporation Commission Corporations Division
# Website Entity Detail. http://ecorp.azcc.gov/

| Address: | 5010 W MCDOWELL RD STE A, PHOENIX, AZ, 85035, USA | County: | Maricopa | Last Updated: | 2/8/2016 |

**Entity Principal Office Address**

| Address: | | County: | | Last Updated: | |